1  JEFFREY SHARR
   PRO SE
2  429 Mt. Vernon Avenue
   San Francisco, CA 94112
3  (415) 528-0954



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JEFFREY SHARR, ) Case No. 3:17-cv-7077-EMC
) 
           Plaintiff Pro Se, ) **STIPULATION AND PROPOSED ORDER**
vs. ) **FOR AN EXTENSION OF TIME FOR**
) **PLAINTIFF TO FILE MOTION FOR**
NANCY A. BERRYHILL, Acting ) **SUMMARY JUDGMENT**
Commissioner of the Social Security )
Administration, )
)
           Defendant. )
_____

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Plaintiff shall have an extension of time of 90 days to file his Motion for Summary Judgment in response to Defendant's Answer. The current due date for Plaintiff's Motion for Summary Judgment is May 7, 2018. The new due date for filing Plaintiff's Motion for Summary Judgment, accounting for the fact that the 90th day falls on a Sunday, will be Monday, August 6, 2018.

STIPULATION TO EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT, AND PROPOSED ORDER; CASE NO. 3:17-CV-7077-EMC

1  This extension is necessary for Plaintiff to seek counsel and for newly obtained
2  counsel to familiarize herself/himself with the case. Plaintiff Pro Se sincerely apologizes to
3  the Court and to Defendant for any inconvenience caused by this delay. The parties further
4  stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 24, 2018

/s/ *Jeffrey Sharr**
(* as authorized in person on 4/24/18)
JEFFREY SHARR
Plaintiff Pro Se

Dated: April 24, 2018

ALEX G. TSE
Acting United States Attorney
DEBORAH LEE STACHEL,
Regional Chief Counsel, Region IX
Social Security Administration
By: /s/ *Elizabeth Firer**
(* as authorized by e-mail on 4/24/18)
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER:

APPROVED AND SO ORDERED

Dated: May 22, 2018

By: _____
THE HONORABLE EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION TO EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR
SUMMARY JUDGMENT, AND PROPOSED ORDER; CASE NO. 3:17-CV-7077-EMC